IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAXIMILLIAN D. SMITH,<br>　　　*Plaintiff,*<br><br>v.<br><br>MANVILLE WATER SUPPLY CORPORATION,<br>　　　*Defendant.* | §<br>§<br>§<br>§　CASE NO. 1:25-CV-01561-ADA-DH<br>§<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell (Dkt. 10) regarding application to proceed *in forma pauperis* (Dkt. 2), and on the merits of his claims pursuant to 28 U.S.C. § 1915(e). The report and recommendation was filed on November 4, 2025. Judge Howell recommended that the District Court **GRANTS** Plaintiff Smith's application to proceed *in forma pauperis* (Dkt. 2), and **DISMISS** Smith's causes of action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The report further recommends that the District Court **DENY AS MOOT** Smith's remaining pending motions. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by*

*Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff Smith filed objections on November 14, 2025 (Dkt. 13). The Court has conducted *de novo* review of the Report and Recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 10) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED.**

**IT IS FURTHER ORDERED** that Smith's application to proceed *in forma pauperis* (Dkt. 2) is **GRANTED.**

**IT IS FURTHER ORDERED** that Smith's causes of actions are hereby **DISMISSED WITH PREJUDICE** to refiling of the same, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Smith's remaining pending motions are hereby **DENIED-AS-MOOT.** The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 18th day of November, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE